# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

130616
& (18)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE JOBEY LEMUELRAYVON
HENDERSON,
            Petitioner.
_____

JOBEY LEMUELRAYVON HENDERSON,
            Petitioner-Appellant,

V                                                              SC: 130616
                                                              COA: 266984
                                                              Genesee CC: 04-258462-NC

GENESEE CIRCUIT JUDGE,
            Respondent-Appellee.
_____/

On order of the Court, the application for leave to appeal the January 4, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for court documents is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

_____
Clerk

l0724